John M. Holliday, Esquire
Golden Crest Corporate Center
2273 Route 33, Suite 207
Trenton, NJ 08690
(609) 587-1010
(609) 58-9950 (fax)
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Hon. Douglas E. Arpert |
| | : | |
| v. | : | Case No.: 19-cr-804 (AET) |
| | : | |
| | : | **CONSENT ORDER MODIFYING** |
| ANDRE PERKINS | : | **CONDITIONS OF PRETRIAL RELEASE** |
| | : | |

**THIS MATTER** having been presented to the Court by John M. Holliday, Esquire, appearing on behalf of Defendant, Andre Perkins, and the United States represented by Craig Carpenito, United States Attorney for the District of New Jersey, Martha Nye, Assistant U.S. Attorney, appearing, and pursuant to the recommendations of Pretrial Services and with the consent of the government, and for other good cause shown;

**IT IS ON THIS** __28th__ day of January, 2021, hereby **ORDERED** as follows:

1. Defendant, Andre Perkins, is hereby permitted to attend his maternal grandmother's viewing and funeral services pursuant to such terms as set forth hereinafter.

2. Defendant's mother, Adrienne Washington (previously appointed as third party custodian, Dkt. #343) shall transport Mr. Perkins from Integrity House beginning 1:00 o'clock p.m. on January 29, 2021 and continue to assume custody of Mr. Perkins throughout the viewing and funeral services to be held at the Lakeview Memorial Park Funeral Home, located in

Cinnaminson, New Jersey, including the viewing to be held on January 29, 2021 from 5:00 o'clock p.m. until 7:00 o'clock p.m. and the funeral service to be held on January 30, 2021 beginning at 10:00 o'clock a.m.  Ms. Washington shall thereafter return Mr. Perkins to Integrity House no later than 9:00 o'clock p.m. on January 30, 2021.

     3.     Throughout the above time period, Adrienne Washington shall exercise her duties as third party custodian by ensuring that Mr. Perkins remains continuously within her custody.

     4.     All other terms and conditions as previously ordered relative to the pretrial release of Andre Perkins shall remain in effect.

Dated: 1/28/2021

_____
DOUGLAS E. ARPERT
United States Magistrate Judge