John M. Holliday, Esquire
Golden Crest Corporate Center
2273 Route 33, Suite 207
Trenton, NJ 08690
(609) 587-1010
(609) 58-9950 (fax)
Attorney for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Crim. No.: 19-804 |
| | : | |
| V. | : | |
| | : | **ORDER MODIFYING CONDITIONS** |
| ANDRE PERKINS | : | **OF PRETRIAL RELEASE** |
| | : | |

**THIS MATTER** having been presented to the Court by counsel, John M. Holliday, Esquire, appearing on behalf of Defendant, Andre Perkins, and the United States represented by Philip R. Sellinger, United States Attorney for the District of New Jersey, Martha K. Nye, Assistant U.S. Attorney, appearing, and it further appearing that Pretrial Services has recommended removing home confinement and imposing a curfew schedule as directed by Pretrial Services, as a modified condition of Defendant's release; and it further appearing that the government has consented thereto, and for other good cause shown;

**IT IS ON THIS** 23rd day of June, 2022, hereby **ORDERED** as follows:

1. The Release Order previously entered in connection with the above matter is hereby modified by removing home confinement and imposing a curfew schedule which shall be set in accordance with the direction of Pretrial Services.

2. All remaining conditions of Defendant's pretrial release as previously ordered shall remain in effect.

Dated: 6/23/2022

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge